Ed. M. Hummel, Harry W. Hummel and John L. Cooper et al., Appellants, *v.* Annie C. Kistner and H. U. Kistner, her Husband.

Argued May 10, 1897. Appeal, No. 524, Jan. T., 1896, by plaintiffs, from decree of C. P. Snyder Co., Sept. T., 1896, No. 1, dismissing bill in equity. Before GREEN, WILLIAMS, MITCHELL, DEAN and FELL, JJ. Affirmed.

PER CURIAM, July 15, 1897:

For the reasons stated in the opinion of this court in the case No. 190, January term, 1897, *ante*, p. 216, the decree in this case is affirmed.